FILED
JUN 2 0 2002
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
***Pro Se* [Non-Prisoner] Complaint Form**

*[Enter the full name of the plaintiff in this action]*

William Gregg Jr

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

Pfizer, Inc

Daniel Keith O'Briant

Dee L. Mahoney

Civil Action No. 6:02-2106-24AK
*(to be assigned by Clerk)*

***If allowed by statute, do you wish to have a trial by jury?*** **Yes** X **No** ____

*[If any answer requires additional space, please use additional paper and attach hereto.]*

**I. PREVIOUS LAWSUITS**

A. *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

Yes ______ No X

B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1. *Parties to this previous lawsuit:*

*Plaintiff:* ______

*Defendant(s):* ______

2. *Court:* ______
*(If federal court, name the district; if state court, name the county)*

3. *Docket Number:* ______

4. *Name(s) of Judge(s) to whom case was assigned:* ______

5. *Status of Case:* ______
*(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. *Date lawsuit was filed:* ______

7. *Date of disposition (if concluded):* ______

C. *Do you have any other lawsuit(s) pending in the federal court in South Carolina?*

Yes ______ No X

**II. PARTIES**

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: William Gregg Jr.

Address: PO Box 2966, Greenville, SC 29602

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Pfizer, Inc.

Address: 235 East 42nd St, New York, NY 10017-5755

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

Daniel Keith O'Briant, District Manager
612 Charles St
Lexington, SC 29072

Dee L. Mahoney, former Roerig Southern Region Manager
235 East 42nd St
New York, NY 10017-5755

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places.* ***Do not give any legal arguments or cite any cases or statutes.*** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

I am disabled and black. On Oct 30, 1998, I filed a formal Charge of discrimination against Pfizer, Inc. We successfully mediated and I continued to work. However, I continued to work with Daniel Keith O'Briant, District Manager, whom I had earlier filed the charge against. This caused a hostile work environment. Around Nov 1, 1999, I was given a wide territory of responsibility (Greenville, Spartanburg, Anderson & West Columbia) in a Support training position which was beyond that of any of my peers. In May 2000, I was on medical leave as instructed by my doctor.

**III. STATEMENT OF CLAIM - *continued.***

I returned on May 15, 2000, Keith O'Briant indicated that the Corporate office in New York had not cleared me to return to work. I indicated that I had already spoken with medical adviser for the company and supplied the requisite data. However, I was not allowed to report back to work and remain not working until June 20, 2000. On June 20, 2000, Gian Holly, Human Resources in Atlanta, telephoned me and demanded that I report to Atlanta. I did so and I was accused of rejecting 4 offers of territory. Per policy, the company had the right to terminate for this reason. I denied turning down 4 offers but was presented with termination papers and a severance package. I refused to sign the form. I contacted the company about a counterproposal and spoke with T. R. Kelly, Corporate Counsel. On July 20, 2000, denying my proposal but stating if I had evidence to support a claim of conspiracy or any other claim to share it with them. In July 2000, I learned another employee had verified my harassment allegations and had complained to a a manager about the treatment I had received. In August and September 2000, I spoke with Lois Lane, EEO Manager, who apparently reinvestigated my complaints of harrassment. I was not privy to her findings. On October 9, 2000, I was approached by Kelly in an attempt to expedite things. After a brief discussion, Kelly stated he would get back in touch with me.

III. STATEMENT OF CLAIM - *continued.*

I still continued to receive a paycheck based on a telephonic verbal agreement made with T.R. Kelly. I was to not file any claims or speak to the media while continuing to receive a paycheck while allowing Corporate Counsel to investigate my additional claims. They still refused to let me work. I do not know who performed my duties. I believe that I have been retaliated and discriminated against for filing a previous charge under the Americans With Disabilities Act of 1990 and because of my race, Black under Title VII of the Civil Rights of 1964 as amended. Further, I was deceived by Pfizer employees believing they were working in my best interest and made charges that I received a paycheck as a result of a generous error after making an agreement with T.R. Kelly. Pfizer, Inc failed to take reasonable measures to ensure a work free environment clear of retaliation, discrimination and workplace mobbing by teammates.

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

I request this Court award $485,740: $50,000 for emotional distress, $100,000 for intentional inflection of mental pain and anguish, $185,740 for my limited ability and capacity to work in the pharmaceutical industry within the state of South Carolina. Additionally, I request to be awarded 741 Shares of Pfizer Stock that initially was a part of my employment package: Grant #0959- 291 Shares vested 8/27/00 and Grant # 1120- 450 shares vested 4/22/02.

***I declare under penalty of perjury that the foregoing is true and correct.***

Signed this 20th day of June, 2002

William Duggan Jr.

*Signature of Plaintiff*

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE

*(Issued on request)*

| To: William Gregg, Jr.<br>P.O. BOX 2906<br>GREENVILLE, SC 29602<br><br>☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a))* | From:<br>EQUAL EMPLOYMENT OPPORTUNITY COMM.<br>Equal Employment Opportunity Comm.<br>301 North Main Street Suite 1402<br>Greenville, SC 29601 |
|---|---|

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 146A10200 | Alisha J. Houston | (864) 241-4400 |

( See the additional information attached to this form )

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue. It is issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

- [X] More than 180 days have passed since the filing of this charge.
- [ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.
- [X] The EEOC is terminating its processing of this charge.
- [ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

- [ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.
- [ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

Patricia B. Fuller

Patricia B. Fuller, Director

MAR 19 2002
(Date)

Enclosure(s)

cc: PFIZER, INC.
P.O. BOX 2906
GREENVILLE, SC 29602

Greenville Local Office
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Landmark ~~Wachovia Bank~~ Building - Room ~~530~~ 1402
~~15 South Main Street~~ 301 N. Main Street
Greenville, South Carolina 29601

OFFICIAL BUSINESS
Penalty for Private Use, $300



To: William Gregg, Jr.
P.O. BOX 2906
GREENVILLE, SC 29602

On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a))

From:
EQUAL E
Equal E
301 Nor
Greenvi

29602+2906 29