AO440 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### Greenville DIVISION

**FILED**
JUL 03 2002
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

William Gregg Jr, Plaintiff,

v.

Pfizer, Inc, Defendant.

SUMMONS IN A CIVIL CASE

C/A No.: 6:02-2106-24AK

TO: (Name and address of defendant)

Name: Pfizer, Inc, Daniel Keith O'Briant + Dee L Mahoney
Address: 235 East 42nd St
City, State Zip: New York, NY 10017-5755
Phone: (212) 733-6382

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Name: William Gregg Jr
Address: PO Box 2906
City, State Zip: Greenville, SC 29602
Phone: _____

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LARRY W. PROPES/B

_____   July 3, 2002
Clerk                          Date

Jackie Honeycutt
By/Deputy Clerk

5

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                                  Signature of Server

                                        _____
                                                      Address of Server

---

1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.