UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA - GREENVILLE DIVISION

| | |
|---|---|
| WILLIAM GREGG,<br><br>        Plaintiff Pro Se,<br><br>vs.<br><br>PFIZER INC, ET AL,<br><br>        Defendants. | CA No: 6:02-2106-24AK<br><br>NOTICE OF VOLUNTARY<br><br>DISMISSAL WITH PREJUDICE |

**BY THIS NOTICE**, Plaintiff Pro Se, William Gregg, pursuant to Federal Rule of Civil Procedure 41(a)(1) hereby voluntarily withdraws and dismisses with prejudice the above-captioned action against defendants Pfizer Inc, Dee Mahoney and Keith O'Brient. No answer has been filed in this action.

BY:  WILLIAM GREGG

_William Gregg_
William Gregg
Plaintiff Pro Se
831 Cleveland Street
Apt. 226
Greenville, SC   29601

DATE: Aug 22, 02

SO ORDERED:

_Margaret B. Seymour_
U.S.D.J.